THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Samuel Dawan
 Kirk, Appellant.
 
 
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No.  2010-UP-189
 Submitted March 1, 2010  Filed March 4,
2010

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Warren B Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Samuel Dawan Kirk appeals his guilty
 plea to assault and battery of a high and aggravated nature.  On appeal, Kirk's
 counsel alleges the plea did not comply
 with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Kirk's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
PIEPER and
 GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.